UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA A. JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 1:17-CV-00757-SKO<br><br>**ORDER EXTENDING BRIEFING SCHEDULE**<br><br>(Doc. 15) |

　　　Before the Court is the parties' Joint Stipulation to Extend Briefing Schedule, filed on January 29, 2018, in which the parties indicate that this is their first request for an extension of time in this matter. (Doc. 15.) Based on the parties' Stipulation, and pursuant to paragraph 12 of the Scheduling Order, (Doc. 5.), which permits the parties "a single thirty (30) day extension of any part of th[e] scheduling order by stipulation of the parties . . . [without] Court approval," the deadline for Plaintiff to file her opening brief is hereby EXTENDED from January 29, 2018, to February 28, 2018. Defendant shall file its opening brief by no later than March 30, 2018, and Plaintiff shall file its reply brief, if any, by no later than April 13, 2018.

IT IS SO ORDERED.

Dated: **January 30, 2018**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1